FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KEVIN WILLIAM PARKER,

                Plaintiff,

    v.

MICHELLE GHIDOTTI,

                Defendant.

NO. 2:25-CV-0439-TOR

ORDER OF DISMISSAL

BEFORE THE COURT is the Court's Order of Dismissal with Leave to Amend (ECF No. 15). The Court has reviewed the record and files herein and is fully informed. On February 18, 2026, the Court dismissed Plaintiff's claims for failure to state a claim, without prejudice, and granted leave to amend within thirty days of the Order. ECF No. 15. Plaintiff, proceeding *pro se* and *in forma pauperis*, was provided details for amendment and cautioned that failure to amend within thirty days of the Order will result in the dismissal of the entirety of his case. ECF Nos. 5; 15 at 15-16.

The deadline passed and there have been no further filings. Plaintiff failed

ORDER OF DISMISSAL ~ 1

to timely amend his complaint and the Court must assume that his failure to do so is an abandonment of this litigation.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Case (ECF No. 1) is **DISMISSED** in its entirety.

The District Court Executive is directed to enter this Order, enter Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED April 7, 2026.

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2