AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Apr 07, 2026
SEAN F. MCAVOY, CLERK

KEVIN WILLIAM PARKER

*Plaintiff*

v.

MICHELLE GHIDOTTI

*Defendant*

)
)
)
)
)

Civil Action No.   2:25-CV-0439-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Pursuant to the Court Order at ECF No. 16, Plaintiff's Case (ECF No. 1) is DISMISSED in its entirety. Judgment of Dismissal is entered.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Thomas O. Rice.

Date:  4/7/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*